```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARGARITO VIDRO-GONZALEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-346 JAM |
| Plaintiff, | |
| v. | STIPULATION AND TO CONTINUE STATUS CONFERENCE TO November 1, 2011 |
| MARGARITO VIDRO-GONZALEZ, and SERGIO ALVAREZ-MAGANA, | Date: September 27, 2011 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, MARGARITO VIDRO-GONZALEZ, and SERGIO ALVAREZ-MAGANA, through their respective attorneys, that the Court should vacate the status conference scheduled for September 27, 2011, at 9:30 a.m., and reset it for November 1, 2011, at 9:30 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through November 1, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants'

request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 22, 2011　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　/s/ M. Petrik
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL PETRIK, Jr.
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Margarito Vidro-Gonzalez

Dated: September 22, 2011　　　　　　　/s/ M. Petrik for Dina Santos
　　　　　　　　　　　　　　　　　　　DINA SANTOS
　　　　　　　　　　　　　　　　　　　Attorney for Sergio Alvarez-Magana

Dated: September 22, 2011　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ M. Petrik for Heiko Coppola
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HEIKO COPPOLA
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court Specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on November 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:__9/22/2011_____

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Judge